AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**

July 30, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___MG CIENEGA___
DEPUTY

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No. |
| Bobby Brandon Galvan | ) | |
| Brandon Casey Kunze-McKennon | ) | |
| Matthew Wade Patterson | ) | |
|  | ) | |
|  | ) | **DR:25-M-3215** |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 29, 2025_____ in the county of _____Travis_____ in the
_Western_ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 933 | Trafficking in Firearms |

This criminal complaint is based on these facts:

SEE ATTACHMENT A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Darren Johnson, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:        07/30/2025

_____
*Judge's signature*

City and state:            Del Rio, Texas

Matthew H. Watters, United States Magistrate Judg
*Printed name and title*

DR:25-M-3215

## ATTACHMENT A

1. The United States, namely the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Homeland Security Investigations (HSI), and the Federal Bureau of Investigations (FBI), is investigating a group of individuals, who utilize bulk United States currency to illegally purchase firearms (specifically, Barrett, .50 caliber rifles, AK-47 style firearms, 1911 style handguns, FNH SCAR rifles, and FNH M249S rifles) in the Northern, Western, and Southern Districts of Texas. These firearms are suspected of being illegally exported out of the United States to the United Mexican States for a Mexican drug trafficking organization (DTO). Through this investigation, agents identified Alfredo JAIMES-Jaimes who is an alleged organizer and straw purchaser for the organization. Firearms trafficked by Alfredo JAIMES-Jaimes have been recovered at the Eagle Pass, Texas, Port of Entry and in the country of Mexico.

2. On August 6, 2023, **Bobby Brandon GALVAN** purchased a Zastava, Model Z-PAP M70, 7.62 caliber rifle bearing serial number Z70-137938 (hereinafter FIREARM #1) at a gun show in Bastrop, Texas. FIREARM #1 was recovered in the country of Mexico on April 18, 2024.

3. On May 18, 2024, Customs and Border Protection (CBP) Officers working at the Eagle Pass, Port of Entry, recovered Romarm Cugir, Model WASR-10, 7.62 millimeter rifle bearing serial numbers 23UF-7857 (FIREARM #2) from a courier that was taking FIREARM #2 to Mexico. FIREARM #2 serial numbers were obliterated at the time of the encounter and were later restored. ATF traced FIREARM #2 and learned that **Bobby Brandon GALVAN** purchased FIREARM #2 at a gun show in San Marcos, Texas on March 16, 2024.

4. On July 8, 2025, ATF agents arrested two brothers, Christopher JAIMES-Mederos and Saul JAIMES-Mederos. In a post *Miranda* interviews, ATF agents learned that Christopher

1

JAIMES-Mederos and Saul JAIMES-Mederos obtained $4000 from a male subject at the 6600 block of Williamson Road, Creedmoor, Texas to purchase two .50 caliber rifles that were going to be trafficked to Mexico to Alfredo JAIMES-Jaimes.

5.      On July 23, 2025 United States Magistrate Judge, Honorable Matthew H. Watters, in the Western District of Texas, signed a federal search warrant (Federal Search Warrant No. DR-25-M-3120) for search of a residence located at the 6600 block of Williamson Road, in Creedmoor, Texas.

6.      At the search warrant ATF agents encountered **Brandon Casey KUNZE-McKennon, Bobby Brandon GALVAN, and Matthew Wade PATTERSON** at the premises.

7.      In a post *Miranda* interview, **KUNZE** told agents that he received $3000 from **GALVAN** to give to the brothers (**Christopher JAIMES-Mederos and Saul JAIMES-Mederos**). **KUNZE** stated that he met an individual identified as Alfredo JAIMES-Jaimes through **GALVAN** about two years ago. **KUNZE** stated that Alfredo JAIMES-Jaimes who recruited him (**KUNZE**) to traffic firearms. **KUNZE** stated he would use his residence, the 6600 block of Williamson Road address, as a stash house. **KUNZE** stated that he would keep the firearms for certain people who would eventually take them to Mexico. **KUNZE** stated that he and **GALVAN** would obliterate serial numbers on firearms. **KUNZE** further stated that **GALVAN** is an organizer and would acquire money for the firearms from Alfredo JAIMES-Jaimes.

8.      In a post *Miranda* interview, **PATTERSON** told agents that he straw purchased the following firearms for **KUNZE**:

- Palmetto State Armory, Model: PSK-U, 7.62 millimeter rifle bearing serial number AKU004784

2

- Palmetto State Armory, Model: PSK-U, 7.62 millimeter rifle bearing serial number AKU004782.

- Pioneer Arms Corp, Model: Sporter, 7.62 millimeter rifle bearing serial number PAC23PL16516F.

- Pioneer Arms Corp, Model: Sporter, 7.62-millimeter rifle bearing serial number PAC23PL16514F.

9. **PATTERSON** purchased the aforementioned firearms at the gun show in San Marcos, Texas on May 5, 2024. **PATTERSON** told agents that he purchased other firearms for **KUNZE** and that he knew that the firearms were going to the country of Mexico.

10. Furthermore, ATF agents at the search warrant for the 6600 Williamson Road address located a drug & firearm ledger in **KUNZE's** bedroom and money transaction receipts for money sent from **GALVAN** to Mexico.

11. Based on the foregoing facts, I believe that probable cause exists to establish that **Bobby Brandon GALVAN, Brandon Casey KUNZE-McKennon,** and **Matthew Wade PATTERSON** conspired to ship, transport, transfer, caused to be transported, or otherwise dispose multiple firearms to another person in or otherwise affecting both interstate and foreign commerce, and having reasonable cause to believe that the use, carrying, or possession of the firearms by the recipient would constitute a felony in violation of **Title 18, United States Code 933.**

Darren Johnson
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)

SUBSCRIBED AND SWORN TO me on this 30th day of July 2025, and I find probable cause.

3

Hon. Matthew Watley
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS