AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

AUG 11 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America

vs.

(1) Bobby Brandan Galvan
   *Defendant*

§
§
§
§
§

**EXHIBIT AND WITNESS LIST**

Case Number:  DR:25-M -03215(1)

| Presiding Judge | Government Attorney | Defendant's Attorney |
|---|---|---|
| MATTHEW H. WATTERS | Tyler Fleming | Thomas P. Moore |

| Trial/Hearing Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| Monday August 11, 2025 | FTR GOLD-C. Levrie | Carmen Levrie |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| | 1 | 8/11/2025 | A | X | 1 page character letter from Irby Construction |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.